UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
)
Plaintiff,
)
v.
) Case No. 2:07MJ00293-EFB
_Michael Lombardo_
)
Defendant.
) RELEASE ORDER NO. _____
) ORDER FOR RELEASE OF
) PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _Michael Lombardo_, _____, Case No. _2:07MJ00293-EFB_,
Charge _21USC Sec. 841(a)(1)_,
from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

__✓__ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__✓__ (Other) _Pretrial conditions as set out in the pretrial conditions_

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _9/14_, _2007_ at _2:35_ a.m./p.m.

By _____
United States District Judge or
United States Magistrate